IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA K. THORNTON                                                    PLAINTIFF

vs.                                    Civil No. 4:06-cv-04063

MICHAEL J. ASTRUE                                                    DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 26th day of July, 2007, in accordance with the Memorandum

Opinion entered in the above-styled case on today's date, and hereby considers, orders, and

adjudicates that the decision of the Commissioner of the Social Security Administration is

**AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/   Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge